AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Purvi Sahu,<br><br>*Plaintiff(s)*<br>v.<br>KAPITUS, LLC, KAPITUS, SERVICING, INC.<br>PRO SOURCE LENDING GROUP<br>DOES 1-10<br><br>*Defendant(s)* | Civil Action No. 3:23 CV 511 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Kapitus, LLC
> 2500 Wilson Blvd, Suite 350
> Arlington, VA 22201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Purvi Sahu
> 1914 Golden Gate Av,
> San Francisco, California
> 94115

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 8/11/2023

FILE COPY

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Purvi Sahu,<br><br>*Plaintiff(s)*<br>v.<br>KAPITUS, LLC, KAPITUS, SERVICING, INC.<br>PRO SOURCE LENDING GROUP<br>DOES 1-10<br><br>*Defendant(s)* | Civil Action No. 3:23CV511 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Kapitus Servicing Inc
2500 Wilson Blvd, Suite 350
Arlington, VA 22201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Purvi Sahu
1914 Golden Gate Av,
San Francisco, California
94115

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/11/2023

FILE COPY

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Purvi Sahu,<br><br>Plaintiff(s)<br>v.<br>KAPITUS, LLC, KAPITUS, SERVICING, INC.<br>PRO SOURCE LENDING GROUP<br>DOES 1-10<br><br>Defendant(s) | Civil Action No. 3:23CV511 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Pro SOURCE LENDING GROUP
123 NW 13th Street Suite 201
BOCA Raton, Florida 33432

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Purvi Sahu
1914 Golden Gate Av,
San Francisco, California
94115

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/11/2023

FILE COPY

*Signature of Clerk or Deputy Clerk*